[No. 69750-1-I. Division One. July 29, 2013.]

*In the Matter of the Dependency of* F.K.O.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. LINDSEY OLDHAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-7-01637-1, Monica J. Benton, J., entered December 12, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Verellen, JJ.

[No. 70341-2-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JESSE HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03777-2, Ronald E. Culpepper, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 70342-1-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARDO MARIN ANDRES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02906-9, Stephanie A. Arend, J., entered January 13, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Verellen, JJ.

[No. 70346-3-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DEAN HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01135-0, Chris Wickham, J., entered February 29, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.